**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| C. B., a minor, *Plaintiff-Appellee*, | No. 11-17454 |
| v. | D.C. No. 1:09-cv-00285-AWI-SMS |
| CITY OF SONORA; MACE MCINTOSH, Chief of Police; HAL PROCK, Officer, *Defendants-Appellants*. | ORDER |

Filed February 3, 2014

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.